160 A.3d 755

**Bart KELLY, Petitioner**

v.

**William C. ERBEY, Scott Anderson, and Ocwen Financial Corp., Ocwen Loan Servicing, LLC, Respondents**

**No. 488 MAL 2016**

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.